**THOMAS B. DUFFY**
COUNSELLOR AT LAW
**739 BAYVIEW DRIVE
ABSECON, NEW JERSEY  08201-1208**
(609) 457-6700
Fax: (815) 371-1377
Email: Tom@DuffyLawGroup.com

**THOMAS B. DUFFY, ESQ.,** NJ, PA (Dual LL.M. in Tax & in Securities Reg.)     **KIMBERLY A. SCATA, Ph.D.** (Molecular Biology), Scientific Advisor
(Penn Wharton Marketing Certificate, 2012)                                                                                                  (not an attorney)

May 31, 2014

By CM/ECF

Hon. Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for New Jersey
402 E. State Street, Rm 6052
Trenton, NJ 08608


RE:   Obado v. Ed Magedson, Xcentric Ventures, LLC *et al.*
        Docket No. 13-cv-2382 (JAP-TB)
        **Notification of Production of Ripoff Report's Terms of Service**


Your Honor:

   Pursuant to the Court's May 13, 2014 Order, on May 31, 2014, Xcentric Ventures, LLC produced to the other parties in this case its Terms and Conditions that were in effect on October 9, 2012, October 10, 2012 and November 30, 2012.  Thus, Xcentric has complied with that Order.

   Thank you for Your Honor's attention to this matter.

Sincerely yours,

Thomas B. Duffy

c: Mr. Obado & All Co-Defense Counsel by CM/ECF