RECEIVED

JUL 21 2014

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Dennis Obado

1034 Edpas Road

New Brunswick, NJ 08901

July 18, 2014

Attn: Mr. William T. Walsh, Clerk, Office of Clerk

UNITED STATES DISTRICT COURT OF NEW JERSEY

Clarkson S. Fisher Building & U.S Courthouse

402 East State Street, Trenton New Jersey 08608

Re: Correction Letter against Google, Inc., and all Defendants/ in re Obado vs. Ed Magedson, et al/Case no. 13-cv-2382(JAP-TJB)

Dear Mr. Walsh,

I submit this correction letter regarding Google, Inc. and other Defendants incorrect reliance of section 230 immunity, in support of Plaintiff's request for summary judgment.

Plaintiff believes that summary judgment should be granted on behalf of Plaintiff, since Defendants such as Yahoo Inc., have changed their email format, which resulted in Plaintiff's inability to refer back to old authentic emails sent to Google Inc., and sent back to Plaintiff, and other Defendants. Plaintiff denies that the email submitted by Google, to rebut Plaintiff's reliance on promissory estoppel, is authentic. Plaintiff remembers the email to be short and succinct, indicating Google Inc. will investigate Plaintiff's complaint. This was a definite promise. The email that Google Inc. submitted recently is questionable, especially since Yahoo. Inc. changed their email format, to a format in which multiple consumers disagreed with, including some who have complained that they cannot gain access to old emails with the new format, see exhibits attached. Such exhibits regarding consumer complaints of the new Yahoo email format, were previously mailed, but Plaintiff did not view them on the docket. Plaintiff believes that summary judgment should be granted, upon information and belief, Plaintiff believes that Yahoo, Inc. changed their email format, in disregard of consumers' overwhelming disapproval of the email change, to prevent Plaintiff from accessing old emails sent to Yahoo, Inc., and Google Inc, and other Defendants. **See exhibits labeled pgs 6-12 attached**.

In this case, none of the Defendants deny being put on notice of the unlawful defamatory blogs on www.ripoffreport.com, and none of Defendants have provided any documentation, that

Plaintiff provided any express consent to avail themselves to the right of publicity of Plaintiff's name, likeness, and intellectual property rights, as an author. None of Defendants have overcome the New Jersey precedent of State of New Jersey vs. Reid, 389 N.J. Super. 563, 914 A.2d 310 (2007), regarding ISP disclosure of individual private facts on the internet, regarding Plaintiff, on the global internet, which is different from governmental public records. Intelius Inc., Google, Inc., Yahoo, Inc., and all other Defendants violated Plaintiff's qualified right to "informational privacy," without seeking Plaintiff's express consent to these unlawful disclosures of embarrassing, defamatory, and unlawful use of a false criminal accusation pretext information. Intelius posted Plaintiff's name and likeness for profit, by charging consumers, for the use of Plaintiff's criminal record, on the internet, without seeking Plaintiff's consent. Intelius Inc. settled a class action settlement previously, for these same unlawful practices, which Plaintiff submitted documentation in Plaintiff's final amended cross motion for summary judgment.

This false blog pretext posted by anonymous blogger Mama Duka, unlawfully resulted in Plaintiff being put into immigration removal in around August 2013, in which plaintiff received a notice to appear in immigration removal, directly around, or after this suit was filed. Plaintiff believes that this unlawful action contributed by all Defendants, resulted in Plaintiff being served with a Notice to Appear, in Immigration Courts in Newark, New Jersey.

In State v. Reid, " the right to privacy of New Jersey citizens under our State Constitution has been expanded to areas not afforded such protection under the Fourth Amendment. While ten states have explicit rights to privacy in their state constitutions, Lin, Prioritizing Privacy: A Constitutional Response to the Internet, 17 Berkeley Tech. L.J. 1085, 1129-30 (2002), New Jersey is among the few states to have found an implied right to privacy in its state charter. See footnote 4 Lin, supra, at 1141-42; see Doe v. Poritz, 142 N.J. 1, 89 (1995). Of these, only New Jersey appears to have recognized a right to what has been called "informational privacy." Id. at 1130, 1141-42, 1154; Doe, supra, 142 N.J. at 89-90. Informational privacy has been variously defined as "shorthand for the ability to control the acquisition or release of information about oneself," Lin, supra, at 1095 n.42 (quoting A. Michael Froomkin, The Death of Privacy?, 52 Stan. L. Rev. 1461, 1463 (2000)), or "an individual's claim to control the terms under which personal information . . . is acquired, disclosed, and used." Ibid. (quoting Jerry Kang, Information Privacy in Cyberspace Transactions, 50 Stan. L. Rev. 1193, 1205 (1998)). In general, informational privacy encompasses any information that is identifiable to an individual. This includes both assigned information, such as a name, address, or social security number, and generated information, such as financial or credit card records, medical records, and phone logs. . . . Personal information will be defined as any information, no matter how trivial, that can be traced or linked to an identifiable individual."[Id. at 1096-97.] We adopt this formulation."

Secondly, Defendants cannot cite any related case, where the blogger posts defamatory, and unlawful blogs which create a false criminal pretext, which creates a false public alarm, and which incites breaches of the peace" in which CDA immunity, was granted based on section 230

2

of CDA. in Google Inc.'s reply brief, on page 6. Footnote 4, Google cites a case regarding "objectionable" content, this is beyond objectionable, the anonymous blogger's blogs had the effect of precipitating immigration removal, twenty years after Plaintiff's conviction, which is under appeal. In addition there is a difference between "derogatory" and defamatory. Derrogatory may not be actionable, defamatory blogs are actionable. None of the cases, Google, Inc. cites provide immunity for the publishing, and or redistributing of unlawful content, which is used to create a false pretext for immigration removal. CDA immunity under these circumstances, is not what congress intended to protect, as "free speech" under the First Amendment. None of Defendants have argued the morally redeeming value of these defamatory blogs of anonymous blogger (Mama Duka), to avail themselves to the protection of the First Amendment. On the immigration removal notice to appear issue alone, provides the courts with Long arm statute jurisdiction, since it appears to have been triggered by the last sentence of anonymous blogger's blog on www.ripoffreport.com, and undisputed personal service of all Defendants, provides the courts with personal jurisdiction, which is accepted as personal jurisdiction, by the State of New Jersey law.

Plaintiff disagrees with footnote 5 on page 6 of Google, Inc.'s reply brief, since Plaintiff's right to privacy of informational information was violated. Plaintiff is doubting all the submitted online policies are authentic. Plaintiff also still has not received Google' Inc.s original online terms of use, and privacy policies. Plaintiff now objects to it's introduction, since Hon. Bongiovonni's order has long passed.

Plaintiff also disagrees with Google, Inc.'s contention that they are not obligated to remove criminal blogs, which appear to violate law. This type of blogs are one of those exceptions, since Google inc. would then be an accessory, and a party who acts in complicity, to the unlawful acts of Defendants. By redistributing these unlawful, and defamatory blogs, Google, Inc are liable as publishers, and distributors, due to the nature of the blogs, which violate U.S. Supreme Court precedence in <u>Chaplinsky v. New Hampshire</u>, 315 U.S. 568 (1942), Justice Frank Murphy unanimously held:

> *"well-defined and narrowly limited" categories of speech fall outside the bounds of constitutional protection. Thus, "the lewd and obscene, the profane, the libelous," and (in this case) insulting or "fighting" words neither contributed to the expression of ideas nor possessed any "social value" in the search for truth.[ There are certain well-defined and narrowly limited classes of speech, the prevention and punishment of which have never been thought to raise any constitutional problem. These include the lewd and obscene, the profane, the libelous, and the insulting or "fighting" words those which by their very utterance inflict injury or tend to incite an immediate breach of the peace. It has been well observed that such utterances are no essential part of any exposition of ideas, and are of such slight social value as a step to truth that any benefit that may be derived from them is clearly outweighed by the social interest in order and*

3

*morality."* None of Defendants have argued any way, to overcome this burden, in order to avail themselves to section 230 CDA immunity.

 With regard to Google, Inc.'s reply brief, Google Inc. has waived any defenses of promissory estoppel, since they failed to submit their online terms of use, and privacy policy, by the date of Hon. Bongiovanni's order. Defendant made numerous URL removal requests, which will require Google to produce all of them, since they relate to this case. The majority were denied unfairly. Plaintiff is concerned that Plaintiff will not have authentic evidence, without the benefit of counsel. Google did make a promise that someone would get back to Plaintiff, via email, and the email submitted is not the authentic email that was emailed back to Plaintiff. This constitutes a promise, and Google' Inc.'s promise regarding how information will be handled, with privacy, constitutes a promise. Promissory estoppel is incorporated by reference regarding Plaintiff's SAC, as it relates to Google Inc.'s discriminatory application of their online policy against Plaintiff. See pg 34, point 79, pg 18-19, point 51-53, pg. 20-21, point 55-57, of Plaintiff's SAC. Defendant's last ditch attempt to defend, by alleging Plaintiff is not entitled to protection under Google Inc.'s terms of service, and privacy policy, is a newly raised argument, raised for the first time in reply brief. Plaintiff objects to this belated claim. Particularly, since Plaintiff did not receive Google Inc.'s original terms of use and privacy, by Hon. Bongiovanni's June 2, 2014 due date on the Order.

For the reasons stated herein, Defendant respectfully requests that the Courts deny all Defendants' motion to dismiss Complaint, and claims actions, and instead grant summary judgment on behalf of Plaintiff, and or permit this case to proceed to Discovery, and trial. Thank you.

Respectfully submitted,

*[signature]*   Dated: July 18, 2014
Dennis Obado

cc. Hon. Joel A. Pisano, United States District Court Judge

4

LOGI

Search foxnews.com

MENU

### Windows 7 Driver Download
windows-7.driverupdate.net
Windows 7 Drivers Latest Download. Microsoft Certified. (Recommended)

- WATCH LIVE -
**DEPARTMENT OF DEFENSE PRESS BRIEFING**

Launch Live Player

Home   Gadgets   Google   Social   Military Tech   Smartphones   Video Games   Slideshows

YAHOO
# Users hate Yahoo's 'gorgeous' new look, call it 'Gmail knock-off'

Published October 15, 2013
FoxNews.com

144   166   68



If they wanted Gmail, they would have gone to Google.

Yahooligans are yodeling in rage over the broken features and unfamiliar interface that came with a significant new redesign to the Yahoo email service -- a look that many are dismissing as Gmail knockoff.

Pg 5

Case 3:13-cv-02382-JAP-TJB   Document 227   Filed 07/21/14   Page 6 of 13 PageID: 2439

·Yahoo Mail's estimated 275 million users were angered to discover many of the service's most useful features were gone -- such as the "print" button and the ability to sort emails by sender -- when the new look debuted Oct. 8. Flash forward a week and the votes are in: Users call the makeover a total disaster.

> *'Someone said 10 lashes to the Yahoo team. I don't think that's a sufficient number of lashes.'*
>
> *- Frustrated Yahoo user*

"Someone said 10 lashes to the Yahoo team. I think that is not a sufficient number of lashes," one especially frustrated user wrote on Yahoo's message boards.

Other common complaints included broken functions such as autosave, draft deletion and disappearing emails. Indeed, thousands of complaints have been lodged on Yahoo's website, and a Change.org petition has gained 1,500 signatures and counting demanding the return of the old mail look.

"Many of us have used Yahoo Mail for over a decade," Change.org petition organizer Jan Hyatt wrote. "Most of us picked Yahoo because of its interface. We don't like Gmail! Please let us go back!"

"This is the worst email inbox design," a Facebook group dedicated to bringing back the old Yahoo Mail wrote in an open letter to Yahoo CEO Marissa Mayer. "Please revert back to the previous version of mail which we have all relied on for years and maintained loyalty to Yahoo brand despite Google's initiatives to lure us away."

The similarities to Gmail probably aren't coincidental. Mayer helped design some of Gmail's features while she was a top executive at Google.

The redesign includes a Gmail-like tool that will thread together emails related to specific topics so they appear as a succession of messages. The "conversation view" has become a widely used email feature since Gmail helped popularize the concept after it embraced the format in 2004.

Another new feature will enable Yahoo's email users to decorate their inboxes with a selection of scenic pictures plucked from the company's photo-sharing service, Flickr. Gmail has been allowing its users to spruce up their inboxes with various themes for years.

The outrage over the redesign has left many non-Yahoo users with one question: who still uses the service with the outdated reputation?



Since defecting from Google 15 months ago, Mayer has been revamping many of Yahoo's services in an attempt to attract

pg 6



# A Lot Of People Seem To Have A Problem With The New Yahoo Mail

By Chris Crum · June 9, 2013 ·   92 Comments

Like 161    8+1 4    Tweet 44    0 points

[ 💠 Technology ]  Yahoo Mail Classic is now dead. Yahoo Mail users, as of Monday, no longer have the option of using the old version, and must instead use the new version, which Yahoo reminds them, serves ads based on the content of their emails, much like Google's Gmail has always done. As one might imagine, a lot of users are less than thrilled about this.



**What do you think of the new Yahoo Mail? Let us know in the comments.**

"Beginning the week of June 3, 2013, older versions of Yahoo! Mail (including Yahoo! Mail Classic) will no longer be available," wrote Yahoo in its help center fairwell (via TechCrunch). "After that, you can access your Yahoo! Mail only if you upgrade to the new version. You should have received an email from Yahoo! letting you know that your account required an upgrade."

Yahoo noted that when you upgrade, you are accepting its Communications Terms of Service and Privacy Policy, which includes the acceptance of "automated content scanning and analyzing of your communications content, which Yahoo! uses to deliver product features, relevant advertising, and abuse protection."

"If you prefer to opt out of interest-based and contextual-based advertising resulting from your scanned and analyzed communications content, you can change your settings at any time using our Ad Interest Manager," Yahoo said.

So, it's even letting you opt out of ads, but that doesn't mean they won't scan your mail. You still have to accept Yahoo's terms.

Those who don't want to use the new Yahoo Mail were directed to download their mail using IMAP or close their account.

Yahoo's mention of scanning email to serve ads comes as search partner Microsoft has been campaigning against Google for doing just that, despite the fact that Google has always done this, and has always been quite clear about it.

To many people this really isn't a big deal. Gmail hasn't had any shortage of users, and it's not as though humans are reading users' email to try and determine which ads to show. It's all automated. Those who are concerned about this practice, however, could play right into Microsoft's hands.





**Amazon Launches Kindle Unlimited Service**
Unlimited ebook and audiobook access

Comments Off

**Daredevil Finds Its Female Lead in Deborah Ann Woll**
Will play Daredevil's love interest

Comments Off

**Infographic Looks At Web Design Trends**
Check it out

Comments Off

**The NSA Is Getting Off on Your Sexts, Says Snowden**
Because of course they are


Pg 7

4 Basic Steps to Add Social Media to Successful Campaigns - Free Guide

seemed odd that Microsoft would attack Google suddenly for something it had been doing for nearly a decade and made not efforts to hide. But now we have the previously announced Yahoo Mail redesign, which engages in similar practices as Google, being forced on users. Could Microsoft users have made enough Yahoo users uneasy about this practice in general to get some of them to switch over to its own Outlook.com (the focal point of that particular "Scroogled" campaign)?

As Declan McCullagh at CNET points out, Yahoo actually adopted the policy that lets it scan emails and serve ads back in 2011. He writes:

*It's not clear why Yahoo felt the need to remind existing users of language in its 2011 terms of service. One possibility, though, is an effort to head off privacy lawsuits brought by class action lawyers hoping for a million-dollar jackpot. (If there's ever any litigation, defense counsel would surely prefer to rely on informed consent rather than implied consent.)*

*It's not merely a theoretical possibility: Google was sued in 2011 by a Massachusetts AOL user who sent e-mail to a Gmail account and then claimed her privacy was invaded. Near-identical lawsuits were filed in Marin County, Calif., (PDF) in June 2012, British Columbia (PDF) in October 2012, and Florida (PDF) in November 2012. On April 29, two college students filed yet another suit (PDF) seeking class action status in San Jose, Calif.*

The shuttering of Yahoo Mail Classic also comes on the heels of a separate Yahoo Mail privacy-related story. Last week, a BT made some headlines when it said it would no longer make Yahoo Mail the default email service for its six million customers because of concerns that accounts are vulnerable to getting hacked.

Gerry Smith at The Huffington Post writes, "The shift of BT's 6 million customers to another email service represents just a small fraction of Yahoo's overall email customer base of about 280 million people worldwide. But the loss of clients could be a troubling sign for a company that relies heavily on maintaining its email users to generate advertising revenue. Yahoo is now the third-largest email provider after Google's Gmail and Microsoft's Outlook.com."

Meanwhile, the top dog, Gmail, continues to make efforts to stay ahead of the competitive curve. Last week, Google announced the launch of the new inbox for Gmail, which introduces a new tabbed organization interface.

Privacy concerns aren't the only thing bothering users, however. Business Insider conducted a survey, finding that 57% of users are unhappy with the new Yahoo Mail. Nicholas Carlson lists a few of the specific complaints users shared:

*"The mail message frame is not fixed. If you read a new message, and scroll down to the bottom and decide you don't want to keep it, you can no longer access the delete button. Yes, obviously you can just close the email and then choose it again and delete, but that is a total waste of time and key strokes."*

*"Yahoo disappears emails sent between legitimate and active Yahoo accounts."*

*"I used Yahoo mail as a central box for most of my domain emails. After switching a couple of weeks ago and sending 30 test mails over three days to make sure it was all working, 6 never arrived. I even have specific filters set-up within Yahoo mail to make sure certain mails do not get put in the trash or spam by mistake."*

*"It's very laggy, and that pause of a second or two between commands makes it extremely frustrating."*

*"The new version of Yahoo mail makes all my messages older than a week or so unreadable. I get "Error 45" and the messages fail to load. There are numerous reports about this on the net; so far Yahoo hasn't managed to fix it. So, I have to launch the classic version of Yahoo mail just to read old messages. Fail."*

*"Right after the switch I was hacked and my contacts all 500 plus were gone without a trace."*





**Google Demos Glass at Big City 'Basecamps'**
Getting the public familiar

Comments Off



**UAE Wants to Land on Mars by 2021**
Launches Space Agency

Comments Off





**Stephen Elop Talks Plans For Windows Devices**
Here's his full letter to employees

Comments Off



**Google Analytics Finally Gets an iPhone App**
Finally

Comments Off



**Cellphone Unlocking Bill Passes Senate, on to House**
The House passed a similar measure earlier this year

Comments Off

**Google Launches Chromecast In Ireland**
Continues to expand device around the globe

Comments Off



**Amazon Preps Kindle Unlimited Subscription Service**
Spotted in the wild

Comments Off

Here's What's New On Hulu

Pg 8

everybody with spam.

Flag   Share                                                              Like  Reply

**Buck Rogers**  May 27, 2014

Damn you Marissa Mayer and your stupid changes!!! Yahoo was a great company before you had become CEO! Marissa Mayer should be tared and feathered and horse whipped for making these stupid changes! After reading these comments. Glad I'am not the only one who hates change being forced upon one you. Kind of like obozo and his odumdocare being forced on the entire nation! No thanks to Marissa Mayer I was forced to open and AOL account. At least AOL email has a better enter face. I wished Marissa Mayer would step down as Yahoo's CEO!!!

Flag   Share                                                              Like  Reply

**RB Miller**  May 23, 2014

I am soo sick of Yahoo constantly changing email for no good reason except change. Reminds me of the useless federal government. I just hate to have to re learn how to navigate all this "new" junk when nothing was wrong with the old system.

Flag   Share                                                         1 Like  Reply

**robert jaskolka**  May 23, 2014

I signed in yesterday and found a new "gift" in my yahoo/yay-hoo email...another confusing piece of crap from the self-designated gods of the keyboards! It's obvious that mayer's, (lower case names go to those not deserving recognition), position has gone to her alleged head. As Orwell offered in "1984," big brother will do all thinking for you. Her photo above has that faraway look so often seen in similar shots of that other "leader" who is renting space in an elliptical room near the other coast. Of course, we sadly experience his decisions because he said so. Success is built on loyalty, and, YOU, lady, are certainly losing YOURS! Your female mega-alpha persona prevents you from asking the actual users if they might like anything new. Reminds me of pelosi. "Because I said so" builds tall fences and your first picket was erected when you cancelled the happy/loyal work at home people. History is laden with proof of dismay when the paycheck is used as a threat, rather than reward. Being at the top obviously removed any emotion of compassion you had when you were NOT at the top. It's also obvious you don't care what users are saying in their comments. Not specifically worded in Marketing 101, but strongly inferred is, "s--- flows downhill." Another is, "Don't confuse me with fact; my mind is already made up." Good heavens, Tiny Tim, lookie what WE got from the queen!

Flag   Share                                                         1 Like  Reply

**Michael S**  May 21, 2014

Ugh! This new email just plain sucks! I work in the tech industry and have no problem with change - I'm sure that's the excuse Yahoo and Mzzz Mayer are using to justify this train-wreck - that we're just unable to adapt to the lightning fast geniuses and their futuristic vision.

But when Yahoo's stock, and every other darling of this administration, gets free padding from endless quantitative easy (the money pump) - this is what you get from these companies and Mayer.

I'm glad the NYPost has put her face on here, front and center for all to see her complete and utterly shameful face.

She forced many people, who were very productive telecommuting, to return to the hive, so she could have complete control and THIS is the result.

**Apple 'developing large, curved-screen iPhones'**

IN THE NEWS:   DEREK JETER   MOTHERLAND   NEW YORK YANKEES   GANGS   FLIGHT MH17   DATING

TECH

# Yahoo! users gripe over latest email change

By Kaja Whitehouse                               November 11, 2013 | 9:45pm



Yahoo Chief Executive Marissa Mayer

**MORE ON:**
**YAHOO!**

Yahoo still in sales rut as CEO unable to rev company engines

3 reasons Yahoo should get together with rival AOL

Yahoo executive Maria Zhang sued by female employee for sexual harassment

Yahoo!'s Mayer, AOL's Armstrong huddle at Sun Valley

Yahoo! CEO Marissa Mayer's latest peace offering to angry users of the company's popular email service is getting a big, fat thumbs down.

In a little-noticed posting last weekend, Mayer announced plans to add a multi-tasking function, called "Recent," to its 300 million-user email service.

Mayer hoped the new feature would mollify users irked at the recent elimination of the much-used tabs function. But so far, it's not flying with Yahoo! users.

The new function allows them to easily see their most recent activities, while the tab feature allowed them to multi-task by toggling between separate emails.

Users blasted Mayer's peace offering, saying the new "Recent" function doesn't compensate for tabs. The remarks piled up Monday in comments on a post that has been trending on Yahoo!'s "feature suggestions" page since Yahoo got rid of tabs. The post, which pleads with Mayer to "please bring back tabs," has attracted more than 100,000 "votes" and 9,319 comments as of Monday.

"Clearly your RECENT idea is not the answer. The votes keep coming in! Just suck it up and BRING BACK TABS," said Adrienne on Monday.

Stacey Hurwitz, a public relations and marketing expert in Los Gatos, Calif., said she's

**TRENDING NOW**


28073
**Chilling video emerges of Flight MH17 before takeoff**


More missiles launched as 121 bodies found at crash site


20177
**'Big Bang Theory' stars demand massive pay raise**

# COMPLAINTS BOARD
Made by the people for the people

The most trusted and popular consumer complaints website

Company or Product Name | Everything | **SEARCH**

**Home** | **News & Stories** | **Tips & Tricks** | **Questions** | **Videos** | **Photos** | **Groups** | **Submit Complaint**

Follow us    Connect With: [icons]   Login | Register

### Owe IRS Back Taxes?
nationwide-tax-help.com
Find Out If Qualified For New Prgms To Help You Pay Less To The IRS.

---

**FrontPoint™ Home Security**
frontpointsecurity.com
Take Control of Your Home Security with 24/7 Professional Monitoring.

**Cablevision Customer Help**
directly.com
Need help with Cablevision? Ask experts and insiders.

**Man Cheats Credit Score**
thecreditsolutionprogram.com
1 simple trick & my credit score jumped 217 pts. Banks hate this!

**Share with Others**
1,284 Tweet | 1.2k g+1 | 6.3k Like

**Recently Discussed Complaints**
1. (0 mins ago) Tech Liquidators — False Advertising
2. (7 mins ago) Right Cars rental cars at Glasgow Airport — No refund deposit GBP350
3. (8 mins ago) Nokia Uk Mobile Promo — Fake lottery
4. (15 mins ago) Autolist of Canada — 35% Interest being charged for lease
5. (16 mins ago) Lease Finance Group LLC — unethical business practices

**Consumer Tips & Tricks**
- Things You Should Know Before You Buy a Wheatgrass Juicer
- Financial Check-Up – How Do I Know That I Am On The Right Track?
- A Shopping Guide for Baby Furniture Changing Tables

**Latest News & Stories**
- Amazon Launches 69-Cent Music Store
- Apple Expected to Start Production of a White iPhone This Month
- Apple Trying to Push for Repeat Downloads of iTunes Music Purchases

**Latest Questions**
- unjustified complaint
- Why can't we get peppsi max in stores anymore?
- tankless water heaters vs. old 40 gallon kind
- Recover a loan
- Winning a car

---

## my yahoo, Fort Worth, Texas Complaints & Reviews - forcing new email format down our throats

my yahoo Contacts & Informations

### my yahoo

Posted: 2013-10-18 by Kelcey German

**forcing new email format down our throats**
Complaint Rating:

**Contact information:**
my yahoo
Fort Worth, Texas
United States

My Yahoo Mail has in their infinite wisdom decided to force us Yahoo Classic users to switch against our will to their new format which splits our screens up and the ads dominate our screen. The small window we have to view our email messages in makes this service unuseable. This is bad business and many complaints have been made. This is a breech of trust and must be duly noted. As such each time I log in I have to go through an entire regamoral just to slip in under their radar, in which they force people to change to ugly.

Comments | United States | Online Scams

Share with others: Tweet 0 | g+1 0 | Recommend 0

Was the above complaint useful to you? Yes | No

**Unauthorized Charges?**
consumer-classactions.com
Imposed with Auto Renewal Charges On Your Statement - Take Action!

**5-Star Home Security**
frontpointsecurity.com
Take Control of Your Home Security with 24/7 Monitoring.

**Owe IRS Back Taxes?**
nationwide-tax-help.com
Find Out If Qualified For New Prgms To Help You Pay Less To The IRS.

**Cablevision Customer Help**
directly.com
Need help with Cablevision? Ask experts and insiders.

### Post your Comment
Please check text spelling before submitting a comment

Your attitude towards Complaint: ○ Agree  ● Neutral  ○ Disagree

Comment text
[text box]

Spell Check

Attach photos (optional)   Browse... No file selected.

Submit

---

**Submit complaint**

**Videos**
Is It Already Too Late for Black Friday Deals?

More Videos

AdChoices
▶ Customer Service
▶ Customer Reviews

**Latest Groups**
Travel Services
World Travel
Rejuvance
Manufacturing Chemist
TERRACOTTA GROUP

**Today's Mess-Up Photo**
Beware of scamming Hotwire

More Mess-ups

Hurry Up! Limited time offer
.com $7.99
no hidden fees
+ Free Whois Privacy
BDOMAINS | www.bdomains.com

---

Submit Complaint | Consumer Tips & Tricks | News & Stories | Groups | Sitemap | View full list of Companies | Updated Complaints | Complaints | Complaints by Countries | Latest Complaints | Terms of Use | Privacy Policy
DMCA Procedures | Investors / Business Offers | Legal Information | Thank you Emails

1 of 2                                                                                               Pg. 11
                                                                                                     7/18/2014 11:14 AM

U.S. Department of Homeland Security | Notice to Appear

## In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID : 346916721         FIN #: 1153178516         File No: A090 271 106
                               DOB: 06/15/1970           Event No: NEW1307000103

In the Matter of:
    Dennis Odhiambo OBADO
Respondent: _____ currently residing at:

1034 EDPAS RD , NEW BRUNSWICK NEW JERSEY 08901
_____
              (Number, street, city and ZIP code)        (Area code and phone number)

☐ 1. You are an arriving alien.
☐ 2. You are an alien present in the United States who has not been admitted or paroled.
☒ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
    See Continuation Page Made a Part Hereof

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
    See Continuation Page Made a Part Hereof

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.
☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8CFR 208.30(f)(2) ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
970 Broad St, Rm 1200 Newark NJ 07102
                (Complete Address of Immigration Court, including Room Number, if any)

on  a date to be set  at  a time to be set  to show why you should not be removed from the United States based on the
      (Date)                (Time)
charge(s) set forth above.        SEAN BRENNAN        Supervisory Deportation Officer
                                  (Signature and Title of Issuing Officer)
Date: July 30, 2013    NEWARK, NJ
                                                       (City and State)

See reverse for important information                  Form I-862 (Rev. 08/01/07)

Dennis Obado
1034 Edpas Road
New Brunswick, New Jersey
08901



U.S. POSTAGE
PAID
HIGHLAND PARK, NJ
08904
JUL 18, '14
AMOUNT
$1.12
00024694-13

1000   08608

Attention: Mr. William T. Walsh, Clerk
UNITED STATES DISTRICT COURT
OF NEW JERSEY
Clarkson S. Fisher Building & U.S.
Courthouse
402 East State Street
Trenton, New Jersey 08608