

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

July 22, 2014

<u>VIA CM/ECF</u>

The Honorable Joel A. Pisano
United States District Judge
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    *Obado v. Magedson, et al.*, Case No.: 3:13-cv-02382-JAP-TJB

Dear Judge Pisano:

    We write on behalf of defendant Google Inc. ("Google") in response to Plaintiff's letter to the Court dated July 18, 2014. Dkt. No. 227. This is now Plaintiff's fourth unauthorized surreply regarding Google's Motion to Dismiss (*see* Dkt. Nos. 157, 159, 211), in addition to dozens of other surreplies regarding the other Defendants' motions.

    Despite these improper submissions, Plaintiff still has not offered anything compelling in response to Google's Motion to Dismiss. Google would be happy to provide a response at the Court's request, but it will not otherwise burden the Court with unsolicited briefing.

                        Respectfully submitted,

                        WILSON SONSINI GOODRICH & ROSATI
                        Professional Corporation

                        <u>s/ Jason B. Mollick</u>
                        Jason B. Mollick

                        *Counsel for Defendant Google Inc.*